## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| RASHEE AMBLER, | |
| Plaintiff, | Case No. 1:26-CV-236 |
| v. | Judge Michael R. Barrett |
| WARDEN, WARREN CORRECTIONAL INSTITUTION, et al., | **ORDER** |
| Defendants. | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (R&R) of May 15, 2026. (Doc. 16). Proper notice has been afforded to the parties under 28 U.S.C. § 636(b)(1)(C), including notice to Plaintiff Rashee Ambler that he may forfeit rights on appeal if he failed to file objections to the R&R in a timely manner. *See Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (holding that a failure to file objections generally waives the right to appeal the district court's adoption of an R&R). Ambler did not file an objection, and the time to do so has since expired.

Accordingly, the R&R is hereby **ADOPTED** in full. Consistent with the recommendations of the Magistrate Judge, the due process claim against Defendant Ledford is **DISMISSED**, and the claim against Defendant Harris remains **DISMISSED**. In addition, all official-capacity claims for damages shall remain **DISMISSED**.

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
_____
Michael R. Barrett
United States District Judge